The People of the State of Illinois, defendant in error, v. Edward Semmler, plaintiff in error. Gen. No. 34,875.

Heard in the first division of this court for the first district at the February term, 1931. Opinion filed March 23, 1931. Rehearing denied April 6, 1931.

Cohen & Berke, for plaintiff in error; Benjamin E. Cohen and Mayer Goldberg, of counsel. John A. Swanson, State's Attorney, for defendant in error; Henry T. Chace, Jr., Edward E. Wilson and Otho S. Fasig, Assistant State's Attorneys, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Louis Scully, appellee, v. Albert J. Schorsch et al., appellants. Gen. No. 34,963.

Heard in the first division of this court for the first district at the February term, 1931. Opinion filed March 23, 1931.

Theodore Johnson, for appellants. George E. McGrath, Jr., and Coburn, Kearney & Coburn, for appellee; Marshall V. Kearney, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

W. C. Handley, defendant in error, v. Elizabeth Siegl, plaintiff in error. Gen. No. 34,865.

Heard in the first division of this court for the first district at the February term, 1931. Opinion filed March 23, 1931.

William A. Rogan, for plaintiff in error; William C. Burns and R. Hamlin Petty, of counsel. John B. King and Forest A. King, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.